tion for probable cause and bail previously raised moot. Adequate remedy by appeal is afforded in all other issues in the event of conviction.

258 So.2d 378

**STATE of Louisiana ex rel. Glen A. SONIAT**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52095.

March 8, 1972.

In re: Glen A. Soniat applying for writ of habeas corpus.

Application denied. The application considered in connection with the documents which are part of the record reveals that relator's pleas of guilty were voluntarily made with full knowledge of his rights.

BARHAM, J., is of the opinion the writ should be granted.

DIXON, J., is of the opinion that La. and U. S. law require the application be granted.